United States District Court
Eastern District of California

Melody Leiva
Plaintiff(s)

V.

Trans Union, LLC, et al.
Defendant(s)

Case Number: 2:26-cv-02244-DAD-ICD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joshua Cohen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Melody Leiva

On 10/27/2021 (date), I was admitted to practice and presently in good standing in the Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/17/2026 Signature of Applicant: /s/ Joshua Cohen

**Pro Hac Vice Attorney**

Applicant's Name: Joshua Cohen

Law Firm Name: Stein Saks, PLLC

Address: One University Plaza, Suite 620

City: Hackensack State: NJ Zip: 07601

Phone Number w/Area Code: (201) 282-6500

City and State of Residence:

Primary E-mail Address: jcohen@steinsakslegal.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Robert Sibilia, Esq.

Law Firm Name: Oceanside Law Center

Address: P.O. Box 861

City: Oceanside State: CA Zip: 92049

Phone Number w/Area Code: (760) 666-1151 Bar # 126979

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 23, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT